**Electronically Filed
Supreme Court
SCWC-30207
13-JUL-2011
01:47 PM**

SCWC-30207

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN THE INTEREST OF L.K.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30207; FC-S NO. 06-11094)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on June 3, 2011 by Petitioner/Mother/Appellant is hereby rejected.

DATED: Honolulu, Hawai‘i, July 13, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



Randal I. Shintani,
on the application for
petitioner/mother/appellant.

Robert T. Nakatsuji,
Deputy Solicitor General,
on the response for
respondent/petitioner/
appellee.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.